**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Julian Ismael Loera,<br><br>    Defendant. | CR12-08241-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraphs A, B, and C of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SEVEN (7) MONTH**, with credit for time served.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail to allow family to visit the defendant.

DATED this 28th day of March, 2013.

                                                Mark E. Aspey<br>
                                            United States Magistrate Judge